UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEGENIY V. SIDOROV, in his individual capacity and as Administrator of the Estate of NATALYA N. SIDOROVA,<br><br>Plaintiff,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY,<br><br>Defendants. | No. 2:17-cv-00002-KJM-DB<br><br>ORDER TO SHOW CAUSE |

On February 28, 2017, Transamerica Life Insurance Company ("Transamerica") moved to dismiss the complaint. ECF No. 7. After the court adopted the parties' stipulation to give plaintiff Yegeniy V. Sidorov until March 31 to oppose the motion, ECF No. 13, Sidorov filed neither an opposition nor a notice of non-opposition, as required by Local Rule 230(c). Instead, on April 7, 2017, Sidorov filed a motion to amend the complaint. ECF No. 14. Sidorov's motion did not include a proposed amended complaint, as required by Local Rule 137(c). Sidorov's reply ultimately included a proposed amended complaint, ECF No. 23, but the reply was untimely as it was filed four days before hearing, in violation of Local Rule 230(d).

Accordingly, as discussed with counsel at the initial hearing on the motion to dismiss, counsel for Sidorov is ORDERED to SHOW CAUSE why sanctions should not be

1

issued in the amount of $250 for his failure to comply with the Local Rules.[1]  A response, if any, shall be filed within seven (7) days of this order.

IT IS SO ORDERED.

DATED: June 20, 2017.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court is aware of plaintiff's counsel's request for relief from the court's previous order to show cause, and will address that relief in its ultimate disposition of the defense motion to dismiss and plaintiff's pending motion to amend.