UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| YEGENIY V. SIDOROV, | No. 2:17-cv-00002-KJM-DB |
|---|---|
| Plaintiff, | |
| v. | FIRST AMENDMENT TO THE SCHEDULING ORDER |
| TRANSAMERICA LIFE INSURANCE COMPANY, TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, and DOES 1 THROUGH V, | |
| Defendants. | |

The parties jointly request (ECF No. 49) to amend dates in the pretrial scheduling order (ECF No. 32). Good cause appearing, the court GRANTS this request, as follows, but vacates the final four dates to be reset as needed after ruling on any dispositive motions:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | August 3, 2018 | November 1, 2018 |
| Expert Disclosures | September 7, 2018 | December 6, 2018 |
| Supplemental Expert Disclosures | September 28, 2018 | December 27, 2018 |
| Completion of Expert Discovery | October 26, 2018 | January 24, 2019 |
| All Dispositive Motions | December 7, 2018 | March 8, 2019 |
| Joint Final Pretrial Statement | April 26, 2019 | Vacated |
| Final Pretrial Conference | May 17, 2019 | Vacated |
| Trial Briefs Due | June 10, 2019 | Vacated |
| Trial | June 24, 2019 | Vacated |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 32).

IT IS SO ORDERED.

DATED: July 23, 2018.

UNITED STATES DISTRICT JUDGE